UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR09-016-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JOEL VASQUEZ-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

Conspiracy to Distribute Cocaine; Conspiracy to Distribute Heroin

<u>Date of Detention Hearing</u>:   Initial Appearance, January 15, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is reportedly a citizen of Mexico.

(2)   The United States alleges that his presence in this country is illegal. There is an

DETENTION ORDER                                                                                                   15.13
18 U.S.C. § 3142(i)                                                                                              Rev. 1/91
PAGE 1

01 immigration detainer pending against him.  The issue of detention in this case is therefore
02 essentially moot, as the defendant would be released to immigration custody if not detained in this
03 case.

04     (3)    Defendant and his counsel offer no opposition to the entry of an order of detention.

05     (4)    Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.
06 Therefore, there is limited information available about him.

07     (5)    There does not appear to be any condition or combination of conditions that will
08 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
09 to other persons or the community.

10 It is therefore ORDERED:

11     (1)    Defendant shall be detained pending trial and committed to the custody of the
12     Attorney General for confinement in a correction facility separate, to the extent
13     practicable, from persons awaiting or serving sentences or being held in custody
14     pending appeal;

15     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
16     counsel;

17     (3)    On order of a court of the United States or on request of an attorney for the
18     Government, the person in charge of the corrections facility in which defendant is
19     confined shall deliver the defendant to a United States Marshal for the purpose of
20     an appearance in connection with a court proceeding; and

21     (4)    The clerk shall direct copies of this Order to counsel for the United States, to
22     counsel for the defendant, to the United States Marshal, and to the United States

01          Pretrial Services Officer.

02      DATED this 15th day of January, 2009.

03

04                              _____
                                Mary Alice Theiler
05                              United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                         15.13
18 U.S.C. § 3142(i)                                                  Rev. 1/91
PAGE 3